# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>John A Chamblee<br>Kathryn M Chamblee<br>Debtor(s) | Case No. 13-03990 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/01/2013.

2) The plan was confirmed on 05/10/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/06/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/10/2014.

5) The case was dismissed on 08/01/2014.

6) Number of months from filing to last payment: 16.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $7,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,549.55 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $15,549.55

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $606.43 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,106.43

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFFINITY CASH LOANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 2,309.00 | 2,323.45 | 2,323.45 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 15,112.03 | 15,112.03 | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 876.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK FINANCE INC | Unsecured | 4,176.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 1,041.00 | NA | NA | 0.00 | 0.00 |
| CENTURYLINK | Unsecured | NA | 513.46 | 513.46 | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1,748.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 8,161.00 | NA | NA | 0.00 | 0.00 |
| COBAR ACQUISITIONS | Secured | 11,947.69 | 11,947.69 | 11,947.69 | 3,281.08 | 868.82 |
| COBAR ACQUISITIONS | Secured | 11,078.19 | 11,078.19 | 11,078.19 | 3,030.46 | 806.55 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 3,191.00 | 3,191.92 | 3,191.92 | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 918.00 | 917.98 | 917.98 | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | 970.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 961.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Unsecured | 6,832.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GREAT LAKES EDUCATIONAL SERVI | Unsecured | 38,430.00 | 15,855.85 | 15,855.85 | 0.00 | 0.00 |
| GREGS BODY SHOP | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| H E STARK AGENCY | Unsecured | 3,515.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 2,192.00 | 3,475.11 | 3,475.11 | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 891.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 639.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 1,198.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 561.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Unsecured | 1,000.00 | 4,634.98 | 4,634.98 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 140.00 | 140.62 | 140.62 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 26,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,500.00 | NA | NA | 0.00 | 0.00 |
| JESSICA LUCCHETTI | Priority | 3,600.00 | NA | NA | 0.00 | 0.00 |
| KERRYLYNN WIRTZ | Priority | 6,578.00 | 6,577.25 | 6,577.25 | 3,456.21 | 0.00 |
| LVNV FUNDING | Unsecured | 517.00 | 400.59 | 400.59 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 180.06 | 180.06 | 0.00 | 0.00 |
| MCADAMS & ASSOCIATES | Unsecured | 2,283.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 712.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 970.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,029.43 | 1,029.43 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 6,969.00 | 6,968.85 | 6,968.85 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,000.00 | 2,431.77 | 2,431.77 | 0.00 | 0.00 |
| PLS FINANCIAL SERVICE | Unsecured | 1,041.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE PRIVATE CREDIT | Unsecured | 0.00 | 23,449.75 | 23,449.75 | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 208.00 | 4,940.34 | 4,940.34 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 351.00 | 351.31 | 351.31 | 0.00 | 0.00 |
| ST JAMES HOSPITAL | Unsecured | 5,387.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 5,387.00 | 5,387.51 | 5,387.51 | 0.00 | 0.00 |
| STELLAR RECOVERY | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 257.00 | 1,169.83 | 1,169.83 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 180.00 | 148.12 | 148.12 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | NA | 197.66 | 197.66 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 9,052.00 | 9,260.00 | 9,260.00 | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 504.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VISION FINANCIAL SERVICES | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,025.88 | $6,311.54 | $1,675.37 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$23,025.88** | **$6,311.54** | **$1,675.37** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $6,577.25 | $3,456.21 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,577.25** | **$3,456.21** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$102,080.62** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,106.43 |
| Disbursements to Creditors | $11,443.12 |
| **TOTAL DISBURSEMENTS:** | **$15,549.55** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/02/2014                             By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**